■ JAMES TALCOTT, INC., Appellant, v BEATON BUILDERS, INC., et al., Defendants, and MARINE MIDLAND REALTY CREDIT CORPORATION et al., Respondents. — Appeal from a judgment of the Supreme Court in favor of defendants Marine Midland Realty Credit Corporation and the Town of Esopus, entered September 17, 1981 in Ulster County, upon a decision of the court at Trial Term (Williams, J.), without a jury. Judgment affirmed, with costs, upon the decision of Mr. Justice Robert C. Williams at Trial Term. Main, J. P., Mikoll, Yesawich, Jr., Weiss and Levine, JJ., concur.